AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Herndon, David R | 2. Court or Organization<br><br>Southern District of Illinois | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>750 Missouri Ave<br>East St. Louis, Illinois | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1, #2, #3, #4, and #5 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 MAY 15 A 8:51 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ 0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MBNA | CREDIT CARD | K |
| 2. | CHRYSLER FINANCIAL | AUTO LOAN | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Edwardsville Direct checking account | A | Interest | | | closed | 09/15 | | | |
| 2. Bank of Edwardsville Premium checking account | A | Interest | K | T | | | | | |
| 3. Bank of Edwardsville Prime investor/checking account | A | Interest | | | closed | 10/31 | | | |
| 4. Community Educ FCU 2 cash account | A | Interest | J | T | | | | | |
| 5. Bank of America regular checking account | | None | J | T | | | | | |
| 6. Bank of America regular checking account | | None | J | T | | | | | |
| 7. IRA Account Bear Stearns Brokerage IRA account | D | Dividend | M | T | | | | | assets listed below |
| 8. - (IRA) Royal Bank Scotland 7.25% | | | | | sell | 01/04 | J | | |
| 9. - (IRA) Alcoa Inc | | | | | buy | 12/29 | J | | |
| 10. - (IRA) Altria Group Inc | | | | | buy | 04/04 | J | | |
| 11. - (IRA) Albertsons Inc | | | | | buy | 01/04 | J | | |
| 12. - (IRA) Bank of America Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 13. - (IRA) Bank of America Corp | | | | | sell | 12/29 | J | | |
| 14. - (IRA) Barnes Group Inc | | | | | buy | 01/04 | J | | see below for sale in same |
| 15. - (IRA) Barnes Group Inc | | | | | sell | 04/01 | J | A | |
| 16. - (IRA) Barnes Group Inc | | | | | buy | 09/06 | J | | see below for sale in same |
| 17. - (IRA) Barnes Group Inc | | | | | buy | 09/30 | J | | see below for sale in same |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Barnes Group Inc | | | | | sell | 12/29 | J | | |
| 19. - (IRA) Bellsouth Corp | | | | | buy | 01/04 | J | | |
| 20. - (IRA) Bellsouth Corp | | | | | partial sale | 12/29 | J | | |
| 21. - (IRA) Black Hills Corp | | | | | buy | 04/01 | J | | |
| 22. - (IRA) Citigroup Inc | | | | | buy | 01/04 | J | | see below for sale in same |
| 23. - (IRA) Citigroup Inc | | | | | sell | 12/29 | J | | |
| 24. - (IRA) Cleco Corp Hldgs New | | | | | buy | 05/26 | J | | see below for sale in same |
| 25. - (IRA) Cleco Corp Hldgs New | | | | | sell | 12/29 | J | A | |
| 26. - (IRA) Dime Community Bancshares | | | | | buy | 01/04 | J | | see below for sale in same |
| 27. - (IRA) Dime Community Bancshares | | | | | partial sale | 01/12 | J | | |
| 28. - (IRA) Dime Community Bancshares | | | | | sell | 04/01 | J | | |
| 29. - (IRA) Deluxe Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 30. - (IRA) Deluxe Corp | | | | | sell | 12/29 | J | | |
| 31. - (IRA) Energy East Corporation | | | | | buy | 01/04 | J | | see below for sale in same |
| 32. - (IRA) Energy East Corporation | | | | | sell | 12/29 | J | | |
| 33. - (IRA) Exelon Corp | | | | | buy | 01/04 | J | | |
| 34. - (IRA) Exelon Corp | | | | | sell | 04/01 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - (IRA) Exelon Corp | | | | | buy | 12/29 | J | | |
| 36. - (IRA) Entergy Corp New | | | | | buy | 01/04 | J | | |
| 37. - (IRA) Entergy Corp New | | | | | sell | 04/01 | J | A | |
| 38. - (IRA) Entergy Corp New | | | | | buy | 12/29 | J | | |
| 39. -(IRA) Flagstar Bancorp Inc | | | | | buy | 01/04 | J | | see below for sale in same |
| 40. - (IRA) Flagstar Bancorp Inc | | | | | buy | 06/28 | J | | see below for sale in same |
| 41. - (IRA) Flagstar Bancorp Inc | | | | | sell | 12/29 | J | | |
| 42. - (IRA) First Horizon Natl Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 43. - (IRA) First Horizon Natl Corp | | | | | sell | 12/29 | J | | |
| 44. - (IRA) FPL Group Inc | | | | | buy | 01/04 | J | | |
| 45. - (IRA) FPL Group Inc | | | | | stock split | 03/21 | | | |
| 46. - (IRA) General Electric | | | | | buy | 12/29 | J | | |
| 47. - (IRA) Genuine Parts Co | | | | | buy | 12/29 | J | | |
| 48. - (IRA) Hudson United Bancorp | | | | | buy | 04/01 | J | | see below for sale in same |
| 49. - (IRA) Hudson United Bancorp | | | | | sell | 12/29 | J | B | |
| 50. - (IRA) Jefferson Pilot Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 51. - (IRA) Jefferson Pilot Corp | | | | | sell | 12/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 02/08 | J | | dividend pd fractional shs |
| 53. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 05/04 | J | | dividend of fractional shares |
| 54. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 08/10 | J | | no $ value until fraction =1 sh |
| 55. - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 11/14 | J | | dividend paid in fractional shs |
| 56. - (IRA) Kinder Morgan Mgmt | | | | | partial sale | 01/04 | K | A | |
| 57. - (IRA) Kinder Morgan Inc Kans | | | | | buy | 12/29 | J | | |
| 58. - (IRA) Kerr McGee Corp | | | | | buy | 04/01 | J | | see below for sale in same |
| 59. - (IRA) Kerr McGee Corp | | | | | partial sale | 05/24 | J | A | |
| 60. - (IRA) Kerr McGee Corp | | | | | sell | 05/26 | J | | |
| 61. - (IRA) Kimberly Clark Corp | | | | | buy | 12/29 | J | | |
| 62. - (IRA) Lubrizol Corp | | | | | buy | 04/01 | J | | |
| 63. - (IRA) Marathon Oil Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 64. - (IRA) Marathon Oil Corp | | | | | sell | 04/01 | J | B | |
| 65. - (IRA) May Department Stores | | | | | buy | 01/04 | J | | merged into Federated |
| 66. - (IRA) Federated Dept Stores | | | | | exchange | 09/01 | J | | see below for sale in same |
| 67. - (IRA) Federated Dept Stores | | | | | sell | 09/06 | J | | |
| 68. - (IRA) Maytag Corp | | | | | buy | 04/01 | J | | see below for sale in same |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - (IRA) Maytag Corp | | | | | partial sale | 09/30 | J | A | |
| 70. - (IRA) Maytag Corp | | | | | sell | 12/29 | J | B | |
| 71. - (IRA) New York Community Bancorp Inc | | | | | buy | 04/01 | J | | |
| 72. - (IRA) National City Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 73. - (IRA) National City Corp | | | | | sell | 12/29 | J | | |
| 74. - (IRA) New Jersey Resources Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 75. - (IRA) New Jersey Resources Corp | | | | | sell | 12/29 | J | | |
| 76. - (IRA) Northeast Utilities | | | | | buy | 01/04 | J | | see below for sale in same |
| 77. - (IRA) Northeast Utilities | | | | | sell | 12/29 | J | A | |
| 78. - (IRA) North Fork Bancorporation Inc | | | | | buy | 12/29 | J | | |
| 79. - (IRA) Oneok Inc New | | | | | buy | 04/01 | J | | see below for sale in same |
| 80. - (IRA) Oneok Inc New | | | | | sell | 12/29 | J | | |
| 81. - (IRA) PPL Corporation | | | | | buy | 01/04 | J | | |
| 82. - (IRA) PPL Corporation | | | | | stock split | 08/30 | | | |
| 83. - (IRA) Pinnacle West Capital Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 84. - (IRA) Pinnacle West Capital Corp | | | | | sell | 04/01 | J | | |
| 85. - (IRA) Pitney Bowes Inc | | | | | buy | 12/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - (IRA) Regions Financial Corp | | | | | buy | 12/29 | J | | |
| 87. - (IRA) Smucker J M Company | | | | | buy | 12/29 | J | | |
| 88. - (IRA) Sara Lee Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 89. - (IRA) Sara Lee Corp | | | | | buy | 09/30 | J | | see below for sale in same |
| 90. - (IRA) Sara Lee Corp | | | | | sell | 12/29 | J | | |
| 91. - (IRA) Southwest Gas Corp | | | | | buy | 12/29 | J | | |
| 92. - (IRA) Standex International Corp | | | | | buy | 04/01 | J | | see below for sale in same |
| 93. - (IRA) Standex International Corp | | | | | sell | 12/29 | J | A | |
| 94. - (IRA) Suntrust Banks Inc | | | | | buy | 12/29 | J | | |
| 95. - (IRA) Susquehanna Bancshares Inc-PA | | | | | buy | 12/29 | J | | |
| 96. - (IRA) Universal Corp | | | | | buy | 01/04 | J | | see below for sale in same |
| 97. - (IRA) Universal Corp | | | | | sell | 04/01 | J | | |
| 98. - (IRA) Waste Management Inc Del | | | | | buy | 12/29 | J | | |
| 99. - (IRA) Washington Mutual Inc | | | | | buy | 01/04 | J | | |
| 100. - (IRA) Washington Mutual Inc | | | | | sell | 04/01 | J | | |
| 101. - (IRA) Washington Mutual Inc | | | | | buy | 12/29 | J | | |
| 102. - (IRA) XL Capital LTD-Cl A | | | | | buy | 12/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - (IRA) Strong Ultra Short Term Income Fund | | | | | sell | 01/04 | K | | |
| 104. - (IRA) Standard & Poors Depository S P D R S | | | | | sell | 01/04 | K | B | |
| 105. - (IRA) Dreyfus General Money Market Account | | | | | | | | | |
| 106. - (IRA) Cohan & Steers Total Return | | | | | sell | 01/04 | K | C | |
| 107. - (IRA) Flaherty & Crumbine pfd Income Fd | | | | | sell | 01/04 | J | B | |
| 108. - (IRA) Salomon Brothers 2008 Worldwide Dollar | | | | | sell | 01/04 | K | B | |
| 109. Bear Stearns Brokerage Account | | | | | | | | | assets listed below |
| 110. - Dreyfus General Money Market Fund (B) | A | Interest | J | T | | | | | |
| 111. - Ohio St Pub FACS copmmn Hghr Ed mun bd 11/01/2010 | A | Interest | | | redeemed | 11/01 | K | A | |
| 112. - Cohen & Steers Total Return Realty FD | B | Dividend | J | T | partial sale | 08/22 | J | A | |
| 113. - Flaherty & Crumrine PFD Income Opportunity FD | A | Dividend | | | sell | 05/02 | J | | |
| 114. - Salomon Brothers 2008 Worldwide Fd | B | Dividend | J | T | | | | | |
| 115. TRUST #1 Bear Stearns Brokerage Account | G | div & int | P1 | T | | | | | trust assets listed below |
| 116. - Dreyfus General Money Market Fund | | | | | | | | | |
| 117. - Baltimore MD Convention Ctr Rev Rfdg BEO OID mun bond | | | | | redeemed | 09/01 | L | | |
| 118. - Chicago IL Motor Fuel Tax Rev Rfdg | | | | | | | | | |
| 119. - Clear Lake City Tex Wtr Auth GO Rfdg mun bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Dallas TX Indpt Sch Dist GO Rfdg Psf Gtd 8/15/02 | | | | | redeemed | 09/15 | L | | |
| 121. - Deschutes Cnty Ore Sch Dist | | | | | buy | 08/10 | M | | |
| 122. - Eagle Garfield & Routt CNTYS colo sch dist | | | | | | | | | |
| 123. - FL St Div Bd Fin Dept Rev Genl Svcs Rev Env Protn mun | | | | | | | | | |
| 124. - Fort Bend TEX Indpt Sch Dist 02/15/2006 mun bond | | | | | | | | | |
| 125. - Hawaii State GO Rfdg Ser Co 03/01/2008 | | | | | | | | | |
| 126. - Norfolk VA G/O RFDG & Cap Impt dtd 6/15/98 5% | | | | | buy | 03/16 | M | | |
| 127. - Hoffman Estates IL Tax Inc 11/15/2009 | | | | | redeemed | 08/01 | L | | |
| 128. - IL Dev Fin Auth Pollution Rev Rfdg Comwlth EdBEO mun | | | | | | | | | |
| 129. - Lewis Cnty Wash Pub Util Dist | | | | | | | | | |
| 130. - Long Island Pwr Auth | | | | | | | | | |
| 131. - MO St Health & Edl Facs Rev Rfdg StLU BEO Oid mun bond | | | | | | | | | |
| 132. - Puerto Rico Muni Fin Agy Rev Fa Ser 99A BEO mun bond | | | | | | | | | |
| 133. - Puerto Rico Mun Fin Agy GO Ser A 8/01/2011 | | | | | | | | | |
| 134. - Wayne Charter Cnty Mich Airport Rev Detroit Metro BEO mun | | | | | | | | | |
| 135. - Abbott Laboratories cmn | | | | | sell | 03/14 | K | D | |
| 136. - Acco Brands (Spinoff of Fortune Brands Inc) | | | | | spin-off | 08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Acco Brands | | | | | sell | 08/23 | J | A | |
| 138. - American Express | | | | | | | | | |
| 139. - Ameriprise Financial (Spinoff of Amer Express) | | | | | spin-off | 10/03 | J | | see below for sale in same |
| 140. - Ameriprise Financial | | | | | sell | 10/04 | J | B | |
| 141. - American International Group | | | | | sell | 03/22 | K | | |
| 142. - Amgen Inc | | | | | buy | 03/14 | K | | |
| 143. - Automatic Data Processing Inc | | | | | partial sale | 03/14 | J | B | |
| 144. - Automatic Data Processing Inc | | | | | sell | 06/08 | K | D | |
| 145. - Bed Bath & Beyond Inc | | | | | buy | 03/14 | K | | |
| 146. - Citigroup Inc cmn | | | | | | | | | |
| 147. - Cisco Systems Inc. cmn | | | | | partial sale | 03/14 | J | B | |
| 148. - Cisco Systems Inc. cmn | | | | | sell | 10/27 | K | D | |
| 149. - Cohan & Steers Total Return Realty Fund | | | | | | | | | |
| 150. - Enterprise Products Partners LP | | | | | | | | | |
| 151. - EMC Corp-Mass | | | | | sell | 01/25 | K | E | |
| 152. - Exxon Mobil | | | | | partial sale | 03/14 | K | D | |
| 153. - Exxon Mobil Call Jan 05 | | | | | buy | 01/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Exxon Mobil Call Jan 05 | | | | | expired | 01/22 | J | | |
| 155. - Fortune Brands Inc | | | | | buy | 03/14 | K | | |
| 156. - Fiserv Inc | | | | | buy | 01/21 | K | | |
| 157. - G2 Absolute Return Fund | | | | | buy | 04/30 | N | | |
| 158. - General Electric Co | | | | | | | | | |
| 159. - Home Depot Inc cmn | | | | | | | | | |
| 160. - Intel Corp cmn | | | | | partial sale | 03/14 | J | A | |
| 161. - Ishares S&P Smallcap 600 Barra Value Index fd IJS | | | | | buy | 03/14 | L | | |
| 162. - Ishares Trust S&P Midcap 400 Index Fd IJH | | | | | | | | | |
| 163. - Ishares Trust S&P Midcap 400 Index Fd IJH | | | | | buy | 03/14 | L | | |
| 164. - Ishares MSCI Pacific Ex-Japan Index fd EPP | | | | | buy | 10/26 | K | | |
| 165. - Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | buy | 03/14 | K | | |
| 166. - Ishares Inc MSCI Japan Index Fund symbol EWJ | | | | | | | | | |
| 167. - Ishares Trust Div Index Fund symbol DVY | | | | | | | | | |
| 168. - Kinder Morgan Energy Partners | | | | | | | | | |
| 169. - Linear Technology Corp | | | | | buy | 06/08 | K | | |
| 170. - MBNA Corp cmn | | | | | sell | 07/20 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Mariner Advisors Fund (See Part VIII) | | | | | sell | 01/01 | O | D | |
| 172. - MetLife Inc. | | | | | | | | | |
| 173. - Microsoft Corp cmn | | | | | | | | | |
| 174. - Morgan Stanley | | | | | buy | 07/20 | K | | |
| 175. - Plains All American Pipeline LTD Partnership | | | | | | | | | |
| 176. - Office Depot | | | | | partial sale | 03/14 | K | C | |
| 177. - Office Depot | | | | | sell | 09/16 | K | E | |
| 178. - Select Sector SPDR Amex Utilities Index symbol XLU | | | | | partial sale | 03/14 | J | B | |
| 179. - Sector SPDR Trust int Energy symbol XLE | | | | | buy | 03/14 | K | | |
| 180. - Select Sector SPDR Fund -Health Care-symbol XLV | | | | | | | | | |
| 181. - Sector Spdr Trust-Consumer Staples-XLP | | | | | | | | | |
| 182. - Select Sector SPDR Fund Int Materials symbol XLB | | | | | buy | 03/14 | K | | |
| 183. - Salomon Brothers 2008 Worldwide FD | | | | | | | | | |
| 184. - Symantec Corporation | | | | | buy | 10/27 | K | | |
| 185. - Teppco Partners LP | | | | | | | | | |
| 186. - Target Corp | | | | | partial sale | 03/14 | K | C | |
| 187. - United Technologies Corp | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. - Valero LP | | | | | | | | | |
| 189. - Walgreen Co | | | | | partial sale | 03/14 | J | C | |
| 190. TRUST #2 Bear Sterns Brokerage Account | D | Dividend | N | T | | | | | assets detailed below |
| 191. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 192. -Abbott Laboratories | | | | | sell | 03/11 | J | | |
| 193. -Acco Brands Corp (Spinoff of Fortune Brands Inc) | | | | | spin-off | 08/17 | J | | see below for sale in same |
| 194. -Acco Brands Corp | | | | | sell | 08/23 | J | A | |
| 195. -American Express Company | | | | | | | | | |
| 196. -American International Group | | | | | sell | 03/22 | J | A | |
| 197. -Ameriprise Financial (Spinoff of Amer Express) | | | | | spin-off | 10/03 | J | | see below for sale in same |
| 198. -Ameriprise Financial | | | | | sell | 10-04 | J | A | |
| 199. -Amgen Inc | | | | | buy | 03/11 | J | | |
| 200. -Automatic Data Processing Inc | | | | | sell | 06/08 | J | B | |
| 201. -Bed Bath & Beyond Inc | | | | | buy | 03/11 | J | | |
| 202. -Central Garden & Pet Co | | | | | buy | 12/27 | J | | |
| 203. -Citigroup Inc | | | | | | | | | |
| 204. -Cisco Systems Inc | | | | | sell | 10/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Coca Cola Co | | | | | sell | 12/09 | J | | |
| 206. -EMC Corp-Mass | | | | | sell | 01/25 | J | | |
| 207. -Exxon Mobil Corp | | | | | | | | | |
| 208. -Exxon Mobil Corp | | | | | partial sale | 03/11 | J | C | |
| 209. -Fiserv Inc | | | | | buy | 01/25 | J | | |
| 210. -Fortune Brands Inc | | | | | buy | 03/11 | J | | |
| 211. -General Electric Co | | | | | | | | | |
| 212. -Ishares Trust Midcap 400 Index Fund symbol IJH | | | | | | | | | |
| 213. -Ishares Trust Midcap 400 Index Fund symbol IJH | | | | | buy | 03/11 | K | | |
| 214. -Ishares Trust Midcap 400 Index Fund symbol IJH | | | | | buy | 10/26 | J | | |
| 215. -Ishares MSCI Emerging Markets Index Fund EEM | | | | | buy | 10/26 | J | | |
| 216. -Ishares Tr Sel Div Index Fund symbol DVY | | | | | | | | | |
| 217. -Ishares Tr Sel Div Index Fund symbol DVY | | | | | buy | 03/11 | K | | |
| 218. -Ishares Tr Sel Div Index Fund symbol DVY | | | | | buy | 10/26 | J | | |
| 219. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | | | | | |
| 220. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | buy | 10/21 | J | | |
| 221. -Ishares MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | buy | 10-21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Ishares Trust S&P Small Cap 600 Barra symbol IJS | | | | | buy | 03/11 | J | | |
| 223. -Home Depot | | | | | | | | | |
| 224. -Intel Corp | | | | | | | | | |
| 225. -Intel Corp | | | | | partial sale | 03/11 | J | | |
| 226. -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 227. -Linear Technology | | | | | buy | 06/08 | J | | |
| 228. -MBNA Corp | | | | | sell | 07/20 | J | A | |
| 229. -Metlife | | | | | | | | | |
| 230. -Microsoft Corp | | | | | | | | | |
| 231. -Morgan Stanley | | | | | buy | 07/20 | J | | |
| 232. -Office Depot Inc | | | | | partial sale | 03/11 | J | A | |
| 233. -Office Depot Inc | | | | | sell | 09/16 | J | C | |
| 234. -Pfizer Inc | | | | | sell | 10/21 | J | | |
| 235. -Select Sector SPDR Amex Utilities symbol XLU | | | | | | | | | |
| 236. -Sector SPDR Trust Energy symbol XLE | | | | | buy | 03/11 | J | | |
| 237. -Select Sector SPDR Health Care symbol XLV | | | | | buy | 03/11 | J | | |
| 238. -Select Sector SPDR Materials sumbol XLB | | | | | buy | 03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Symantec Corporation | | | | | buy | 10/27 | J | | |
| 240. -Target Corp | | | | | buy | 10/26 | J | | |
| 241. -United Technologies Corp | | | | | | | | | |
| 242. -Walgreens Co | | | | | | | | | |
| 243. -Walgreens Co | | | | | partial sale | 03/11 | J | A | |
| 244. TRUST #3 Bear Sterns Securities Corp | D | Dividend | N | T | | | | | assets detailed below |
| 245. -Dreyfus General Money Market Fund Cl B | | | | | | | | | |
| 246. -Abbott Laboratories | | | | | sell | 03/11 | J | | |
| 247. -Acco Brands Corp (Spinoff of Fortune Brands Inc) | | | | | spin-off | 08/17 | J | | see below for sale in same |
| 248. -Acco Brands Corp | | | | | sell | 08/23 | J | A | |
| 249. -American Express Company | | | | | | | | | |
| 250. -American International Group | | | | | sell | 03/22 | J | | |
| 251. -Ameriprise Financial (Spinoff of Amer Express) | | | | | spin-off | 10/03 | J | | see below for sale in same |
| 252. -Ameriprise Financial | | | | | sell | 10-04 | J | A | |
| 253. -Amgen Inc | | | | | buy | 03/11 | J | | |
| 254. -Automatic Data Processing Inc. | | | | | sell | 06/08 | J | B | |
| 255. -Bed Bath & Beyond Inc | | | | | buy | 03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Central Garden & Pet Co | | | | | buy | 12/27 | J | | |
| 257. -Citigroup Inc | | | | | | | | | |
| 258. -Cisco Systems Inc | | | | | sell | 10/27 | J | A | |
| 259. -Coca Cola Co | | | | | sell | 12/09 | J | | |
| 260. -EMC Corp-Mass | | | | | sell | 01/25 | J | | |
| 261. -Exxon Mobil Corp | | | | | partial sale | 03/11 | J | B | |
| 262. -Fiserv Inc | | | | | buy | 01/25 | J | | |
| 263. -Fortune Brands Inc | | | | | buy | 03/11 | J | | |
| 264. -General Electric | | | | | | | | | |
| 265. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | | | | | |
| 266. -Ishares S&P Small Cap 600 Barra Index symbol IJS | | | | | buy | 03/11 | J | | |
| 267. -Ishares Trust Midcap 400 Index Fd symbol IJH | | | | | | | | | |
| 268. -Ishares Trust Midcap 400 Index Fd symbol IJH | | | | | buy | 03/11 | K | | |
| 269. -Ishares Trust Midcap 400 Index Fd symbol IJH | | | | | buy | 12/26 | J | | |
| 270. -Ishares Inc MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | buy | 10/21 | J | | |
| 271. -Ishares Trust MSCI Emerging Markets EEM | | | | | buy | 10/26 | J | | |
| 272. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | buy | 03/11 | K | | |
| 274. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | buy | 10/26 | J | | |
| 275. -Home Depot Inc | | | | | | | | | |
| 276. -Intel Corp | | | | | partial sale | 03/11 | J | | |
| 277. -Kinder Morgan Energy Partners LTD Partnership | | | | | partial sale | 03/11 | J | B | |
| 278. -Linear Technology | | | | | buy | 06/08 | J | | |
| 279. -MBNA Corp | | | | | sell | 07/20 | J | A | |
| 280. -Metlife Inc | | | | | | | | | |
| 281. -Microsoft Corp | | | | | | | | | |
| 282. -Morgan Stanley | | | | | buy | 07/20 | J | | |
| 283. -Office Depot | | | | | partial sale | 03/11 | J | A | |
| 284. -Office Depot | | | | | sell | 09/16 | J | C | |
| 285. -Pfizer Inc | | | | | sell | 10/21 | J | | |
| 286. -Select Sector SPDR Amex Utilities Index XLU | | | | | | | | | |
| 287. -Select SPDR Trust Energy symbol XLE | | | | | buy | 03/11 | J | | |
| 288. -Select Sector SPDR Fund Health Care symbol XLV | | | | | buy | 03/11 | J | | |
| 289. -Select Sector SPDR Fund Materials symbol XLB | | | | | buy | 03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Symantec Corporation | | | | | buy | 10/27 | J | | |
| 291. -Target Corp | | | | | buy | 10/26 | J | | |
| 292. -United Technologies Corp | | | | | | | | | |
| 293. -Walgreens Co | | | | | partial sale | 03/11 | J | A | |
| 294. TRUST #4 Bear Sterns Brokerage Account | B | Dividend | M | T | | | | | assets detailed below |
| 295. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 296. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | buy | 10/26 | J | | |
| 297. -Ishares Trust S&P Smallcap 600 Barra Value IJS | | | | | buy | 03/11 | J | | |
| 298. -Ishares Trust S&P Midcap 400 Barra Value index IJJ | | | | | buy | 03/11 | J | | |
| 299. -Ishares Trust S&P Midcap 400 Barra Growth Index IJK | | | | | buy | 03/11 | J | | |
| 300. -Ishares Trust US Telecomm Sector Index FD IYZ | | | | | buy | 03/11 | J | | |
| 301. -Ishares Inc MSCI Ex Japan Index Fd EPP | | | | | buy | 10/26 | J | | |
| 302. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | buy | 10/26 | J | | |
| 303. -Ishares Tr Sel Div Index Fd-DVY | | | | | buy | 03/11 | J | | |
| 304. -Standard & Poors Depository Receipts (SPDRS) | | | | | sell | 03/11 | K | C | |
| 305. -Standard & Poors Midcap 400 Dep Rcpts (midcap SPDRS) | | | | | sell | 03/11 | J | B | |
| 306. -Select Sector SPDR Amex Utilities Index symbol XLU | | | | | partial sale | 03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Sector SPDR Trust-Industrial-symbol XLI | | | | | | | | | |
| 308. -Sector SPDR Trust Industrial symbol XLI | | | | | buy | 03/11 | J | | |
| 309. -Sector SPDR Trust-Technology-XLK | | | | | partial sale | 03/11 | J | A | |
| 310. -Sector SPDR Trust-Financial-XLF | | | | | partial sale | 03/16 | J | A | |
| 311. -Sector SPDR Trust-Energy-XLE | | | | | partial sale | 03/11 | J | A | |
| 312. -Select Sector SPDR Fund-Consumer Discretionary-XLY | | | | | partial sale | 03/11 | J | A | |
| 313. -Select Sector SPDR Fund - Health Care - XLV | | | | | | | | | |
| 314. -Select Sector SPDR Fund - Health Care - XLV | | | | | buy | 03/11 | J | | |
| 315. -Sector SPDR Trust-Consumer Staples-XLP fka Select Spdr Trst | | | | | partial sale | 03/11 | J | A | |
| 316. -Select Sector SPDR Fd Int Materials XLB | | | | | buy | 03/11 | J | | |
| 317. TRUST #5 Bear Stearns Brokerage Account | A | Dividend | L | T | | | | | Assets detailed below. |
| 318. -Dreyfus General Money Market Account | | | | | | | | | |
| 319. -Ishares Inc MSCi Japan Index fd EWJ | | | | | buy | 10/26 | J | | |
| 320. -Ishares Trust S&P Small cap 600 Barra Value IJS | | | | | buy | 03/11 | J | | |
| 321. -Ishares Trust S&P Midcap 400 Barra Value IJJ | | | | | buy | 03/11 | J | | |
| 322. -Ishares Trust S&P Midcap 400 Barra Growth IJK | | | | | buy | 03/11 | J | | |
| 323. -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | buy | 03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Ishares Inc MSCI Pacific Ex-Japan Index EPP | | | | | buy | 10/26 | J | | |
| 325. -Ishares Trustr MSCI Emerging Markets Index fd EEM | | | | | buy | 10/26 | J | | |
| 326. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | buy | 03/11 | J | | |
| 327. -Select Sector SPDR Amex Utilities XLU | | | | | buy | 03/11 | J | | |
| 328. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | buy | 03/11 | J | | |
| 329. -Sector SPDR Trust Shs ben int Technology XLK | | | | | buy | 03/11 | J | | |
| 330. -Sector SPDR Trust shs ben int Financial XLF | | | | | buy | 03/11 | J | | |
| 331. -Sector SPDR TRust shs ben int Energy XLE | | | | | buy | 03/11 | J | | |
| 332. -Select Sector SPDR Fund shs ben Consumer Discrectionary XLY | | | | | buy | 03/11 | J | | |
| 333. -Select Sector SPDR Fund Health Care XLV | | | | | buy | 03/11 | J | | |
| 334. -Sector SPDR Trust Consumer Staples XLP | | | | | buy | 03/11 | J | | |
| 335. -Select Sector SPDR fd Int Materials XLB | | | | | buy | 03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 171 Mariner Advisors Fund was inadvertantly omitted from the 2004 Financial Disclosure Report. It should have been reported in Trust #1. It was actually sold on 12/31/2004 but funds were not settled until 2005.

Lines 52-55 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

Lines 105, 110, 116, 191, 245, and 295, Dreyfus General Money Market Fund was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these funds with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

All trust assets are accounted for herein. According to your instructions, the aggreagate income and values were reported. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally the records of each individual trust are available for the committee's inspection upon request.

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5-12-2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544